UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD LEE RABIDEAU,

    Defendant.
_____/

Hon. Gordon J. Quist

Case No. 1:15-cr-00189

## ORDER

    Defendant appeared before me today with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing, reserving his right to a hearing at a later date should his counsel find suitable housing. I find that his waiver was knowingly and voluntarily entered.

    Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending further order of the Court.

    DONE AND ORDERED this 3rd day of November, 2015.

    /s/ Phillip J. Green
    PHILLIP J. GREEN
    United States Magistrate Judge